**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MITSUBISHI HITACHI POWER
SYSTEMS AMERICAS, INC.,

        Plaintiff,

v.                                            Case No: 6:20-cv-1845-Orl-78DCI

SIEMENS ENERGY, INC., JOHN DOE
1 and JOHN DOE 2,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion to Seal Certain Exhibits (Doc. 44) and Plaintiff's Unopposed Motion to Conduct Certain Portions of December 3, 2020 Evidentiary Hearing In Camera (Doc. 45). For the reasons set forth in the Motions and in accordance with Local Rule 1.09 and 18 U.S.C. § 1835(a), it is **ORDERED** and **ADJUDGED** as follows:

1. The Unopposed Motion to Seal Certain Exhibits (Doc. 44) is **GRANTED in part**. The exhibits listed in section II.B. of the Motion, (*id.* at 10–13), may be admitted under seal at the December 3, 2020 hearing and will remain under seal until further order from this Court. In all other respects, the Motion is **DENIED without prejudice**.

2. The Unopposed Motion to Conduct Certain Portions of December 3, 2020 Evidentiary Hearing In Camera (Doc. 45) is **GRANTED**. Any testimony related to or discussing Plaintiff's trade secrets as defined in 18 U.S.C. § 1839(3) shall

be taken in camera before the Court, counsel of record present in the courtroom, and any necessary witnesses only.

**DONE AND ORDERED** in Orlando, Florida on December 2, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record